UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
-----------------------------------------------

United States of America,

    Plaintiff,

  v.

Hosea Blackston,
    Defendant.

-----------------------------------------------

1:14-cr-00077-HSO-RHW-1

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)

Please take notice that upon the attached affidavit of Hosea Blackston, the accompanying Memorandum of Law, and all prior proceedings heretofore had herein, Petitioner hereby moves this Court for an Order reducing the sentence imposed on the above referenced case from a term of imprisonment of 480 months incarceration to a term of 360 months pursuant to the Amendment 782 of the United States Sentencing Guidelines.

Respectfully Submitted.

Hosea Blackston
14171-003
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
-------------------------------------------------
United States of America,

    Plaintiff,

  v.                                    1:14-cr-00077-HSO-RHW-1

Hosea Blackston,
    Defendant.
-------------------------------------------------

## AFFIDAVIT IN SUPPORT OF MOTION FOR REDUCTION OF SENTENCE
## PURSUANT TO 18 U.S.C. § 3582(c)

**STATE OF LOUISIANA}**
**GRANT PARISH      }** ss:

Hosea Blackston, under the penalties of perjury, swears the following to be true pursuant to 28 U.S.C § 1746:

    1. I am the petitioner in the above referenced action and, as such, am fully familiar with the facts and circumstances which give rise to the motion to reduce my sentence;

    2. On February 18, 2015 I pleaded guilty before this Court to one count of Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1);

    3. On May 6, 2015 this Court sentenced me to a term of 480 months imprisonment;

    4. The total guideline calculation applicable to my conduct was determined to be level 43, Criminal History Category VI which subjected me to a term of life imprisonment;

    5. Level 43 was arrived at by adding enhancements to my base level 38 calculation: 2 levels for use of a weapon, 2 levels for importation of methamphetamine, and a 4 level role enhancement less a 3 level downward adjustment for acceptance of responsibility;

    6. Since count of conviction carried a statutory maximum sentence of 40 years, sentence was imposed at that maximum instead of life;

    7. Due to my age, the sentence of 480 months is tantamount to a life sentence but a two level reduction to level 41, CHC VI, would reduce my minimum range to 360 months a significantly lesser term of imprisonment that would enable me a chance to survive the period of imposed incarceration;

    8. I have not previously made a motion pursuant to Amendment 782;

9. I am eligible for a further sentence reduction pursuant to Amendment 782 as my sentence is predicated on a controlled substance offense calculated on the drug quantity table of Section 2D1.1(c) of the United States Guidelines

WHEREFORE, your deponent urges this Court to grant the requested relief and re-sentence me to a term of imprisonment of 360 months

Executed on this 27th day
of April 2016
Pollock, Louisiana

*Hosea Blackston* (signature)

Hosea Blackston
14171-003
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467