AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**AUG 17 2016**

ARTHUR JOHNSTON

BY_____ DEPUTY

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| HOSEA BLACKSTON | ) |
|  | ) |
|  | ) |
| Date of Original Judgment:           05/06/2015 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No:   1:14cr77HSO-RHW-001

USM No:   14171-003

Mike Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     05/06/2015     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   8/17/2016

Effective Date:   8/17/2016
*(if different from order date)*

_____
*Judge's Signature*

The Honorable Halil S. Ozerden, U. S. District Court Judge
*Printed name and title*